IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-90-BLG-SPW-3 |
| Plaintiff, | |
| vs. | ORDER |
| SHERYL LYNN LAWRENCE, | |
| Defendant. | |

President Joe Biden has signed the Juneteenth National Independence Day Act, establishing June 19 as a federal holiday. Federal employees will have Friday, June 18, 2021 off for observance. Therefore, upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for June 18, 2021 at 9:30 a.m., is **VACATED** and reset to commence on **Wednesday, June 23, 2021 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 17th day of June, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1